IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00628-MSK-CBS

CHANEL, INC., a New York corporation,

    Plaintiff,

v.

RICARDO D. MOHAMED, a/k/a RICARDO STOFER, d/b/a HIPHOPSTYLZ.COM, and DOES 1-10,

    Defendants.

---

## AMENDED ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE

---

**THIS MATTER** is before the Court on Plaintiff Chanel, Inc.s' Rule 41 Notice of Dismissal Without Prejudice **(#6)** filed June 21, 2006. The Court having reviewed the foregoing:

**ORDERS** that the above-captioned matter is dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

DATED this 21st day of June, 2006.

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge